WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Christina V. Miller, Esq.
Nevada Bar No. 12448
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
*Attorneys for Plaintiff Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>BOCA RATON CONDOMINIUM COMMUNITY ASSOCIATION,<br><br>Defendant. | Case No.: 2:18-cv-01436-APG-GWF<br><br>**STIPULATION AND ORDER OF FINAL JUDGMENT AND FOR RECONVEYANCE OF FORECLOSURE DEED** |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") and Defendant BOCA RATON CONDOMNIUM COMMUNITY ASSOCIATION ("HOA"), through their counsel of record, stipulate as follows:

WHEREAS, This matter relates to real property located 2405 W. Serene Avenue, #637, Las Vegas, Nevada 89123, APN 177-20-710-674 (the "Property"). The Property is more specifically described as:

PARCEL 1:- UNIT:

UNIT 637 ("UNIT") IN BUILDING 4 ("BUILDING") AS SHOWN ON THE FINAL PLAT OF PALM BEACH RESORT, FILED IN BOOK 128 OF PLATS, PAGE 61, IN THE OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA ("PLAT"), AND AMENDED BY CERTIFICATE OF AMENDMENT RECORDED FEBRUARY 3, 2006 IN BOOK 20060203 AS DOCUMENT NO. 03047, AND FURTHER AMENDED BY CERTIFICATE OF AMENDMENT RECORDED APRIL 12, 2007 IN BOOK 20070412 AS DOCUMENT NO. 04337, AND AS DEFINED AND SET FORTH IN THAT

1

CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR BOCA RATON CONDOMINIUMS, RECORDED FEBRUARY 22, 2007 AS INSTRUMENT NO. 20070222 IN BOOK 05515, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("PALM BEACH RESORT DECLARATION").

PARCEL II:- COMMON ELEMENTS:

AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST AS TENANT-IN-COMMON IN AND TO THE COMMON ELEMENTS, AS DEFINED IN AND SUBJECT TO THE DECLARATION.

EXCEPTING THEREFROM, ALL UNITS SHOWN ON THE PLAT. RESERVING THEREFROM, THE RIGHT TO USE ANY OF THOSE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS IN THE PLAT AND/OR THE DECLARATION.

FURTHER RESERVING THEREFROM, FOR THE BENEFIT OF THE OWNERS OF ALL UNITS SHOWN ON THE PLAT (EXCEPT THE UNIT REFERRED TO IN PARCEL I ABOVE) NONEXCLUSIVE EASEMENTS FOR ACCESS, INGRESS, EGRESS USE, ENJOYMENT AND OTHER PURPOSES ON, OVER AND ACROSS THE COMMON ELEMENTS AS DEFINED IN AND SUBJECT TO THE DECLARATION.

PARCEL III:- LIMITED COMMON ELEMENTS:

THE EXCLUSIVE RIGHT TO USE, POSSESS AND OCCUPY THE FOLLOWING, SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION:

PARKING SPACE NUMBER: GE266 AS SHOWN ON THE PLAT,

ALL OF WHICH ARE DESCRIBED AS LIMITED COMMON ELEMENTS IN SECTION 5.2(a) AND SECTION 5.3(a) OF THE DECLARATION AND WHICH ARE APPURTENANT TO PARCEL I AND PARCEL II DESCRIBED ABOVE.

TOGETHER WITH THE AREAS DESIGNATED AS LIMITED COMMON ELEMENTS DEFINED AND DESCRIBED AS LIMITED COMMON ELEMENTS, ALLOCATED TO PARCEL I AND PARCEL II IN THE DECLARATION PARCEL

IV- APPURTENANT EASEMENTS:

NON-EXCLUSIVE EASEMENTS FOR ACCESS, INGRESS AND EGRESS USE, ENJOYMENT AND OTHER PURPOSES ON, OVER AND ACROSS THE COMMON ELEMENTS AS DEFINED IN AND SUBJECT TO THE DECLARATION, WHICH EASEMENTS ARE APPURTENANT TO PARCELS I, II AND III ABOVE.

1       WHEREAS, Fannie Mae is the beneficiary of record of a Deed of Trust that encumbers the Property and was recorded on May 5, 2008, as Instrument Number 20080505-0000841, in the Official Records of Clark County, Nevada (the "Deed of Trust").

      WHEREAS, on July 21, 2014, the HOA recorded a Foreclosure Deed as Instrument Number 20140721-0000343, of the Official Records of Clark County, Nevada (the "HOA Foreclosure Deed"), reflecting that the HOA purchased the Property at its foreclosure sale of the Property conducted on July 14, 2014 (the "HOA Sale").

      WHEREAS, the HOA has not transferred its interest in the Property and is still the title holder of record.

      WHEREAS, on August 2, 2018, Fannie Mae initiated a lawsuit against the HOA in the United States District Court, District of Nevada, (ECF No. 1) to obtain a judicial declaration of quiet title to the Property ("Quiet Title Action").

      WHEREAS, Fannie Mae and the HOA have entered into a settlement agreement in which they have settled all claims between them in this case. This Stipulation and Order applies to the matters addressed in the Quiet Title Action only and has no relevance to any other matter.

      WHEREFORE, based on the foregoing,

      IT IS HEREBY STIPULATED AND AGREED that, in accordance with the settlement reached between Fannie Mae and the HOA, the HOA shall record a Rescission of the Foreclosure Deed, recorded against the Property on July 21, 2014, as Instrument Number 20140721-0000343, and a Release of the Notice of Default and Election to Sell, recorded against the Property on February 10, 2012, as Instrument Number 20120210-0000866.

///
///
///
///
///
///
///

IT IS FURTHER STIPULATED AND AGREED that the Deed of Trust and all interests identified therein, recorded against the Property on May 5, 2008, as Instrument Number 20080505-0000841, remains a valid encumbrance against the Property.

DATED this 10th day of August, 2018.   DATED this 10th day of August, 2018.

WRIGHT FINLAY & ZAK, LLP   BOCA RATON CONDOMINIUM
COMMUNITY ASSOCIATION

*/s/Christina V. Miller, Esq.*   */s/ Michael Roberts*
Dana Jonathon Nitz, Esq.   Michael Roberts
Nevada Bar No. 0050   Secretary and Treasurer
Christina V. Miller, Esq.   *Boca Raton Condominium Community*
Nevada Bar No. 12448   *Association, in proper person*
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89119
*Attorney for Plaintiff Federal*
*National Mortgage Association*

## **ORDER**

Based on the above stipulation and agreement between Fannie Mae and the HOA, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Deed of Trust, and all interests identified therein, recorded against the Property on May 5, 2008, as Instrument Number 20080505-0000841, remains a valid encumbrance against the real property located at 2405 W. Serene Avenue, #637, Las Vegas, Nevada 89123, APN 177-20-710-674 (the "Property"); was not extinguished, impaired, or otherwise affected by the foreclosure sale of the Property conducted by the HOA on July 14, 2014, or the recording of the Foreclosure Deed in the Official Records of Clark County, Nevada, on July 21, 2014, as Instrument Number 20140721-0000343; and remains a valid encumbrance against the Property.

IT IS FURTHER ORDERED that, in accordance with the settlement reached between Fannie Mae and the HOA, within ten (10) days of entry of this Order, the HOA shall record against the Property: (1) a Rescission of the Foreclosure Deed, recorded against the Property on July 21, 2014, as Instrument Number 20140721-0000343; and (2) a Release of the Notice of Default and Election to Sell, recorded against the Property on February 10, 2012, as Instrument Number 20120210-0000866.

IT IS FURTHER ORDERED that Fannie Mae shall be entitled to record this STIPULATION AND ORDER OF FINAL JUDGMENT AND FOR RECONVEYANCE OF FORECLOSURE DEED in the Official Records of Clark County, Nevada in accordance with the rules of the Recorder's Office.

IT IS FURTHER ORDERED that this Order constitutes the final judgment of this Court, resolving all claims in this case, with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: August 10, 2018.

_____
UNITED STATES DISTRICT JUDGE